Frances GUY, Claimant/Appellant,

v.

BUSSMAN MFG. CO.,
Employer/Respondent,

and

Missouri State Treasurer, Custodian
of the Second Injury Fund,
Respondent.

No. 64494.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 22, 1994.

V. John Kessler, Kessler & Kessler, St. Louis, for appellant.

George T. Floros, Evans & Dixon, St. Louis, for employer/respondent.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Vicky L. Anthony, Asst. Atty. Gen., Jackson, for Mo. State Treasurer.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Claimant appeals from an award of the Labor and Industrial Relations Commission (Commission) modifying the award of an Administrative Law Judge. We affirm.

The findings and conclusions of the Commission are supported by substantial and competent evidence on the whole record; no error of law appears. An extended opinion would have no precedential value. Rule 84.-16(b).

---

Helen I. MANDEVILLE,
Petitioner/Respondent,

v.

DIRECTOR OF REVENUE, State of
Missouri, Respondent/Appellant.

No. 64098.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 22, 1994.

Jeremiah W. (Jay) Nixon, Atty. Gen., James A. Chenault, III, Sp. Asst. Atty. Gen., Mo. Dept. of Revenue, Jefferson City, for appellant.

Jesse W. Ullom, Susman, Schermer, Rimmel & Shifrin, Clayton, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

The Director of Revenue appeals an order denying her motion to set aside a default judgment. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).